William E. DeBowe, Trading as Standard Roofing and Siding Co., Plaintiff-Appellant, v. Hiram W. Gitchel and William F. Gitchel, Defendants-Appellees.

Gen. No. 10,766.

Second District.
March 17, 1955.
Released for publication April 7, 1955.

John R. Snively, for appellant; no brief filed for appellee. Opinion PER CURIAM. **Not to be published in full.**